**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| T.D., *individually and on behalf of* S.-A. M., Plaintiff, v. Chichester School District, Defendant. | : | Civil Action No. 2:25-cv-2520-MRP |

**ORDER**

AND NOW this 3rd day of December, 2025, upon consideration of Plaintiff's Motion for Attorneys' Fees and Costs, Defendant's Response, Plaintiff's Reply and Defendant's Surreply, together with accompanying exhibits;

IT IS HEREBY ORDERED THAT Plaintiff's Motion is GRANTED;

IT IS FURTHER ORDERED THAT plaintiff is awarded her attorneys' fees in the amount of $70,425.00 and costs in the amount of $405.00.

BY THE COURT:

[signature]

HON. MIA R PEREZ